**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| JOSE TOMAS FONSECA, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-22-588-SLP |
| | ) | |
| OKLAHOMA COUNTY DETENTION CENTER, | ) | |
| | ) | |
|     Defendant. | ) | |

## JUDGMENT OF DISMISSAL

In accordance with the Order entered this 16th day of September, 2022, this matter is DISMISSED WITHOUT PREJUDICE.

ENTERED this 16th day of September, 2022.

**SCOTT L. PALK
UNITED STATES DISTRICT JUDGE**